Robert Mayer, as President of Local Union No. 2090 of the United Brotherhood of Carpenters & Joiners of America, et al. v. William L. Hutcheson, as General President, et al. Louis F. Semon et al.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Madeline Fitzpatrick et al. v. Thomas E. Murray, as Receiver of Interborough Rapid Transit Company.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Thomas Rimpotti et al. v. Household Finance Corporation.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Richard A. Challenger et al. v. Household Finance Corporation.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of Morris M. Kreindler (Also Known as Morris Murray Kreindler and M. Murray Kreindler), an Attorney.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of New York State Labor Relations Board against Toffenetti Restaurant Company, Inc.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of New York State Labor Relations Board against Toffenetti Restaurant Company, Inc.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

## (October 8, 1943.)

The People of the State of New York, Respondent, v. Max Goldstein and Jean Donez, Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York, Respondent, v. Joseph Susskind, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Samuel Smith et al., Suing on Behalf of Themselves and All Other Stockholders of Blue Ridge Corporation, Appellants, v. Margaret H. Bailie et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Morris Melafsky, Appellant, v. New York City Omnibus Corporation, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Murray Tilles et al., Appellants, against Department of Labor of the State of New York et al., Respondents. (Proceeding No. 1.) In the Matter of Abraham Klein et al., Appellants, against Department of Labor of the State of New York et al., Respondents. (Proceeding No. 2.) In the Matter of Eleanor L. Fried et al., Appellants, against Department of Labor of the State of New York et al., Respondents. (Proceeding No. 3.) In the Matter of Thomas K. Drury et al., Appellants, against Department of

LABOR OF THE STATE OF NEW YORK et al., Respondents. (Proceeding No. 4.) — No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [176 Misc. 575.]

OLD WORLD ART, INC., Respondent, v. JOHAN W. DE R. QUISTGAARD, Appellant.
No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SEEMOR SPORTSWEAR, INC., Respondent, v. SHEPHERD KNITWEAR, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

INGENUITIES CORPORATION OF AMERICA, Respondent, v. ARTHUR SIEGMAN, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of HOTEL SIWANOY, INC., Petitioner. STATE LIQUOR AUTHORITY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISAAC ALTMAN, Respondent, v. NATHAN FINKEL et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES H. SANGER, Appellant, v. HAMILTON FIRE INSURANCE COMPANY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, v. HELEN VAN Z. ANTHONY et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSE POUSA et al., Individually and as Administratrices of the Estate of JOSEPH POUSA, Deceased, Respondents, v. NETALL LEASING CORPORATION, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LEE, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WESTCHESTER CHEMICAL CORPORATION, Respondent, v. NIKITA STRACHOVSKY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GEORGE H. SALMON, Doing Business under the Name of BRITISH AMERICAN EXPORT COMPANY, Respondent, v. SOLOMON BERG, Doing Business under the Name of BERG CHEMICAL COMPANY, Appellant.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.